**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 269 EAL 2014
:
           Respondent      : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
      v.             :
:
:
:
DAVID SPARKS,         :
:
           Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.